

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00816-CR

**IN RE** Jonathan L. **BOLDEN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  December 10, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

Relator Jonathan Bolden filed this pro se petition for writ of mandamus on November 24, 2014, complaining of the trial court's failure to rule on his application for writ of habeas corpus in the underlying criminal proceeding. Relator has been appointed trial counsel to represent him in connection with the criminal charges currently pending against him. We conclude that any original proceeding on the issue raised should be presented by relator's trial counsel. Relator is not entitled to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's pro se mandamus petition will be treated as presenting nothing for this court's review. *See id.*; *see also Gray v. Shipley*, 877 S.W.2d 806,

---

[1] This proceeding arises out of Cause No. 20014CR0957, styled *The State of Texas v. Jonathan L. Bolden*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.

806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, relator's petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM